Bruce A. Moore, Esq.
Adolf V. Zeman, Esq.
DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231
E-Mail: bmoore@dmgz.com

Attorneys for City of Unalakleet

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT NOME

| | |
|---|---|
| UNITED STATES for the Use and Benefit of the CITY OF UNALAKLEET,<br><br>Plaintiff,<br><br>v.<br><br>OHIO CASUALTY INSURANCE CO. (Bond No. 3-600-317)<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT** |

### I. JURY DEMAND

Pursuant to D. Ak. LR 38.1, Plaintiff, City of Unalakleet demands a trial by jury in this matter.

Plaintiff City of Unalakleet for cause of action against Defendant, Ohio Casualty Insurance Company, alleges and avers as follows:

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

## II. **PARTIES**

1.   The City of Unalakleet ("City") is located in the Fourth Judicial District, State of Alaska, and is in all ways qualified to bring this action.

2.   Ohio Casualty Insurance Company is an Ohio insurance and surety company doing business in Alaska.

3.   Ohio Casualty Insurance Company issued a payment bond on behalf of its principal, Ridge Contracting, Inc., ("Ridge") pursuant to the provisions of the Miller Act (40 U.S.C. § 3131-3134, formerly 40 U.S.C. § 270a-e), for the protection and payment of persons performing labor or furnishing material or equipment to the Project described below (hereinafter referred to as the "Payment Bond").

## III. **JURISDICTION**

4.   Jurisdiction over this action against Ohio Casualty Insurance Company is asserted pursuant to 40 U.S.C. § 3131-3134 (commonly referred to as the Miller Act).

5.   This matter involves a contamination clean-up project in Unalakleet, Alaska. In addition, Defendant is an Ohio company licensed to conduct business in Alaska. Therefore, venue is appropriate in the United States District Court for the District of Alaska at Nome.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 99630
City of Unalakleet v. Ohio Casualty Insurance Co.; Case No.
Page 2 of 7

## IV. COMMON FACTS

6. On or about September 21, 2004, Ridge entered into a sub-contract with Jacobs Engineering to perform clean-up work for the United States Corps of Engineers on the Unalakleet Civil Services Project, No. M324 ("Project").

7. On or about October 6, 2004, defendant Ohio Casualty Insurance Company executed Payment and Performance Bond No. 3-600-317, pursuant to 40 U.S.C. 3131(b), naming the Principal as Ridge Contracting, Inc. The bond was issued to cover the principal's obligations under the contract. A true and correct copy of the Payment Bond is attached hereto as **Exhibit A** and is incorporated herein by this reference. Ohio Casualty Company, as surety and pursuant to the Miller Act, bound itself to the United States of America to pay persons performing labor and furnishing supplies or equipment to the Project.

8. Plaintiff has sent numerous invoices to Ridge for rental payments of construction equipment rented by Ridge to work on the Project.

9. Beginning on or about June 15, 2005, Ridge rented a Hitachi Excavator and JD-850 Dozer from the City for use on the Project. To date, Ridge has failed to pay the City for the rental and use of the Hitachi Excavator or the JD-850 in full.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 99630
City of Unalakleet v. Ohio Casualty Insurance Co.; Case No.
Page 3 of 7

10. More than ninety (90) days, but less than one (1) year, have elapsed from the date on which Unalakleet last furnished equipment for the Project.

## V. FIRST CAUSE OF ACTION

**Failure to Pay Invoice # 850 per Scheduled Rental Rate**

11. Plaintiff realleges and reasserts paragraphs 1 through 10 as if set forth herein.

12. The scheduled rental rate provided to Ridge for the Hitachi Excavator was $11,730.00 per month, based on 8 hours per day, 40 hours per week, with excess hours being charged at $1/8^{th}$ of the daily rate per hour. The scheduled daily rate was $690.00 per eight (8) hour day. A copy of the rental rate schedule provided to Ridge is attached as **Exhibit B**.

13. Beginning on June 15, 2005, Ridge used the Hitachi Excavator for two (2) months, nine (9) days and two hundred and forty (240) excess hours.

14. On September 13, 2005, the City sent Ridge Invoice # 850 in the amount of $58,441.79 for the use of the Hitachi Excavator. Ridge has failed and refused to pay Invoice # 850 in full.

15. On December 5, 2005, the City sent Ridge an updated Invoice # 850 reflecting accruing interest for a total amount

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 99630
City of Unalakleet v. Ohio Casualty Insurance Co.; Case No.
Page 4 of 7

due of $59,623.88. A copy of this invoice is attached as **Exhibit C.** Ridge has failed and refused to pay updated Invoice # 850 in full.

16. Ridge's failure and refusal to pay Invoice # 850 is a breach of contract and the City has suffered damages in an amount to be proven at trial in excess of $59,623.88.

17. Plaintiff complied with all obligations required of it under the Equipment Rental Agreement.

18. Despite demands and in breach of their expressed and implied obligations, Ridge has failed to pay Unalakleet the amounts due for the equipment rental for the Project.

19. As surety on this Project, Ohio Casualty Insurance Company is liable for payments owed to Unalakleet under the scheduled rental rate provided to Ridge.

## VI. SECOND CAUSE OF ACTION

### Failure to Pay Invoice # 847 Per Scheduled Rental Rate

20. Plaintiff realleges and reasserts paragraphs 1 through 19 as if set forth herein.

21. The scheduled rental rate provided to Ridge for the JD-850 Dozer was $1,000 per day, based on 8 hours per day, with excess hours being charged at $1/8^{th}$ of the daily rate per hour.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 99630
City of Unalakleet v. Ohio Casualty Insurance Co.; Case No.
Page 5 of 7

A copy of the rental rate schedule provided to Ridge is attached as **Exhibit B**.

22. Ridge used the JD-850 Dozer for three (3) days and twelve (12) excess hours.

23. On September 13, 2005, the City sent Ridge Invoice # 847 in the amount of $5,197.50 for the use of the JD-850 Dozer. Ridge has failed and refused to pay Invoice # 847 in full.

24. On December 5, 2005, the City sent Ridge an updated Invoice # 847 reflecting accruing interest for a total amount due of $5,298.97. A copy of this invoice is attached as **Exhibit D**. Ridge has failed and refused to pay this updated Invoice # 847 in full.

25. Ridge's failure and refusal to pay Invoice # 847 is a breach of contract and the City has suffered damages in an amount to be proven at trial in excess of $5,298.97.

26. Despite demand and in breach of their expressed and implied obligations, Ridge has failed to pay Unalakleet the amounts due for the equipment rental for the project.

27. As surety on this Project, Ohio Casualty Insurance Company is liable for payments owed to Unalakleet under the scheduled rental rate provided to Ridge.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 99630
City of Unalakleet v. Ohio Casualty Insurance Co.; Case No.
Page 6 of 7

## VII. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff hereby prays for relief as follows:

1. For money judgment against Defendant in an amount to be proven at trial in excess of $64,922.95, plus interest as allowed by contract or law.

2. For an award of costs and attorney's fees against Defendant as allowed by contract, Alaska Statute 09.60.010, and any other applicable law.

3. For such other relief as the Court deems just and equitable.

DATED this 9th day of February, 2006, at Anchorage, Alaska.

    DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
    Attorneys for City of Unalakleet

By: /s/Bruce A. Moore
  Bruce A. Moore
  Bar No. 8611124
  DeLisio Moran Geraghty & Zobel, P.C.
  943 W. 6th Avenue
  Anchorage, AK 99501
  Phone: (907) 279-9574
  Fax: (907) 276-4231
  E-mail: bmoore@dmgz.com

By: /s/ Adolf V. Zeman
  Adolf V. Zeman
  Bar No. 0411082
  E-mail: azeman@dmgz.com

DeLISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 99630
City of Unalakleet v. Ohio Casualty Insurance Co.; Case No.
Page 7 of 7