SUBCONTRACT BOND                                                     Bond No.  3-600-317

KNOW ALL BY THESE PRESENTS, That we, Ridge Contracting, Inc.

_____, whose principal office is located in the City of Anchorage

_____, State of _____Alaska_____ as Principal, and the

The Ohio Casualty Insurance Company_____, a  Ohio

Corporation of  9450 Seward Road, Fairfield, OH 45014 , as Surety, are held and firmly bound unto Jacobs

of 4300 B Street, Anchorage AK 99503 , as Obligee, in the penal sum of Four Hundred Eighty Eight

Thousand Eighty Six and 00/100 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ($ 488,086.00      )-Dollars, lawful money of the United States for payment of which sum, well and truly be made, we bind ourselves, successors and assigns, jointly and severally, firmly by these presents.

THE CONDITION OF THIS OBLIGATION IS SUCH, That WHEREAS, the Principal entered into a certain subcontract agreement with the Obligee, dated the _____21st_____ day of _____September_____, 2004, wherein the Principal has agreed to fully perform and complete the following work:

Subcontract No. 05-M300-08-102-1512 Delivery Order No. 05-M324-01-D-004-0001 Unalakleet Civil Services, Project No. 05-M324

as more fully set forth in said Subcontract Agreement.

NOW, THEREFORE, if the Principal shall well and truly perform and fulfill all of the covenants, terms and conditions of the said Subcontract Agreement, and shall pay for all labor performed and materials furnished in the prosecution of the work provided for under the terms of the said Subcontract Agreement, then this obligation shall be null and void, otherwise to remain in full force and effect. No right of action shall accrue on this bond to or for the use of any person corporation other than the Obligee named herein or the heirs, executors, administrators or successors of the Obligee.

IN WITNESS WHEREOF, the above bounded parties have executed this instrument, this _____6th_____ day of _____October_____, 2004.

Ridge Contracting, Inc.
                                                                              Principal
By _____
   Drew McLaughlin

The Ohio Casualty Insurance Company

By _____
   Betty A. Cox                    Attorney-in-Fact

EXHIBIT  A
PAGE  1  OF  1