## EQUIPMENT RENTAL RATES

| TYPE OF EQUIPMENT | 1/2 DAY RATE | DAILY RATE | WEEKLY RATE | MONTHLY RATE |
|---|---|---|---|---|
| 1993 F-150 PICKUP | $40.00 | $75.00 | $325.00 | $1,200.00 |
| 1998 F-150 PICKUP | $40.00 | $75.00 | $325.00 | $1,200.00 |
| 1992 F-700 FLATBED 4WD | $135.00 | $260.00 | $1,200.00 | $4,500.00 |
| WATER TRUCK | $135.00 | $260.00 | $1,200.00 | $4,500.00 |
| HONDA ATV 2-WHEEL | | $40.00 | $180.00 | $500.00 |
| HONDA ATV 4-WHEEL | | $50.00 | $225.00 | $825.00 |
| ATV TRAILER | | $20.00 | $80.00 | $300.00 |
| JD-844 LOADER | $525.00 | $1,050.00 | $4,500.00 | $15,750.00 |
| JD-850 DOZER | $500.00 | $1,000.00 | $4,250.00 | $17,000.00 |
| JD-450C DOZER | $230.00 | $460.00 | $2,070.00 | $7,820.00 |
| JD-310 BACKHOE | $160.00 | $320.00 | $1,440.00 | $5,440.00 |
| CAT-28 ITG LOADER | $340.00 | $680.00 | $3,060.00 | $11,560.00 |
| CAT 935 DOZER | $230 | $460.00 | $2,000.00 | $7,820.00 |
| 1992 BOBCAT LOADER | $130.00 | $260.00 | $1,150.00 | $4,420.00 |
| 1999 BOBCAT LOADER | $130.00 | $260.00 | $1,150.00 | $4,420.00 |
| 1982 CHAMPION GRADER | $450.00 | $900.00 | $4,050.00 | $15,300.00 |
| FIAT-ALLIS 65B GRADER | $265.00 | $530.00 | $2,385.00 | $8,347.50 |
| HITACHI EXCAVATOR | $345.00 | $690.00 | $3,105.00 | $11,730.00 |
| 1989 WEST. STAR 10CY | $300.00 | $600.00 | $2,700.00 | $10,200.00 |
| RAYGO COMPACTOR | | $250.00 | $1,000.00 | $3,500.00 |
| PLATE COMPACTOR | | $60.00 | $240.00 | $840.00 |
| GENERATOR 3500W | | $35.00 | $140.00 | $490.00 |
| STEAM CLEANER SIOUX | | $90.00 | $405.00 | $1,417.50 |
| SEWER VACUUM TRAIL. | $75.00 | $150.00 | $650.00 | $2,275.00 |
| SNOWMACHINE | | $100.00 | $450.00 | $1,575.00 |
| PUMP 3" 1800 gpm 5 1/2hp | | $100.00 | $450.00 | $1,575.00 |
| PUMP 3" DIAPHRAGM | | $65.00 | $260.00 | $910.00 |
| PUMP 4" GOODWIN | | $250.00 | $1,150.00 | $4,025.00 |
| AIR COMPRESSOR 15CFM | | $35.00 | $140.00 | $490.00 |
| HOMELITE SAW | | $60.00 | $240.00 | $840.00 |
| ICE AUGER | | $60.00 | $240.00 | $840.00 |
| SAWZALL | | $15.00 | $45.00 | $157.50 |
| PNEUMATIC HOG RING GUN | | $140.00 | $425.00 | $1,275.00 |
| COPPER TUBING CUTTER | | $10.00 | $30.00 | $105.00 |
| PIPE THREADER | | $75.00 | $300.00 | $1,050.00 |
| PIPE STAND TRI-POD | | $8.00 | $24.00 | $84.00 |
| GRINDER PORTABLE | | $15.00 | $45.00 | $157.50 |
| BANDSAW 4" | | $20.00 | $80.00 | $280.00 |
| HAND SEWER SNAKE | | $15.00 | $60.00 | $210.00 |
| POST HOLE AUGER ATT. | | | | |
| BOAT HAULOUT-CITY | | | $150.00 | |
| BOAT HAULOUT-OUTSIDE | | | $500.00 | |

ARCTIC PIPE-NEW     $85.00 per foot

Equipment Rental Rates are based on 8 hrs per day, 40 hrs per week,

EXHIBIT ___B___
PAGE ___l___ OF ___2___

Week is from Sunday through Saturday          Excess hour charge shall be at 1/8th of daily per hour.
City furnished operator costs are in addition to rate established
City furnished operator cost will vary depending upon employee assigned and Davis-Bacon wage requirements
Lease agreement shall be signed before equipment use may begin

Revised September 1, 2004