# Invoice

City Of Unalakleet

P.O. Box 28
Unalakleet, AK 99684

| Date | Invoice # |
|------|-----------|
| 12/5/2005 | 850 |

**Bill To**

Ridge Contracting, Inc.
P.O. Box 24-0121
Anchorage, AK 99524

| P.O. No | Terms | Project |
|---------|-------|---------|
| | Net-15 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | equipment rental-Hitachi Excavator  2 months 6/15/05-7/20/05 & 7/28/05-8/31/05 | 11,730.00 | 23,460.00T |
| 9 | equipment rental-Hitachi Excavator daily | 690.00 | 6,210.00T |
| 240 | equipment rental-Hitachi Excavator hourly | 86.25 | 20,700.00T |
| 1 | Administration Fee | 5,288.85 | 5,288.85T |
| 91 | Interest Fee=91 days | 12.99 | 1,182.09 |
| | sales tax | 5.00% | 2,782.94 |

EXHIBIT _C_
PAGE _1_ OF _1_

**Total**    $59,623.88