City Of Unalakleet

P.O. Box 28
Unalakleet, AK 99684

# Invoice

| Date | Invoice # |
|---|---|
| 12/5/2005 | 847 |

**Bill To**

Ridge Contracting, Inc.
P.O. Box 24-0121
Anchorage, AK 99524

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net-15 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3 | equipment rental-JD-850 Dozer per day | 1,000.00 | 3,000.00T |
| 12 | equipment rental- JD-850 Dozer per hour | 125.00 | 1,500.00 |
| 1 | Administration Fee | 450.00 | 450.00T |
| 91 | Interest Fee-91 Days | 1.115 | 101.47 |
|  | sales tax | 5.00% | 247.50 |

EXHIBIT _D_
PAGE _1_ OF _1_

**Total** $5,298.97