```
TURNER & MEDE, P.C.
Terrance A. Turner
Natalie A. Cale
Counsel for Defendant
  Ohio Casualty Insurance Co.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com
       ncale@turnermede.com
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT NOME

| | |
|---|---|
| UNITED STATES for the Use and Benefit of the CITY OF UNALAKLEET, <br><br>             Plaintiff, <br><br>     vs. <br><br> OHIO CASUALTY INSURANCE CO. (Bond No. 3-600-317), <br><br>             Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 2:06-CV-00001 JWS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ENTRY OF APPEARANCE**

      Turner & Mede, P.C., 1500 West 33rd Avenue, Suite 200, Anchorage, Alaska  99503, hereby enters its appearance on behalf of Defendant Ohio Casualty Insurance Co., and requests that all

pleadings and papers which have been filed or may be filed in the above-referenced action be served upon it at the foregoing address.

RESPECTFULLY SUBMITTED at Anchorage, Alaska, this 3rd day of March, 2006.

TURNER & MEDE, P.C.
Counsel for Defendant, Ohio Casualty Insurance Co.

s/ Natalie A. Cale
Turner & Mede, P.C.
1500 W. 33rd Avenue, Suite 200
Anchorage, AK  99503-3502
Phone:  907-276-3963
Fax:  907-277-3695
E-Mail: ncale@turnermede.com
Alaska Bar No. 0006037

Certificate of Service

This is to certify that on this 3rd day of March, 2006, a copy of the foregoing was served electronically on:

   Bruce A. Moore, Esq.

/s Natalie A. Cale