TURNER & MEDE, P.C.
Terrance A. Turner
Natalie A. Cale
Counsel for Defendant
  Ohio Casualty Insurance Co.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com
       ncale@turnermede.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT NOME

| | |
|---|---|
| UNITED STATES for the Use and Benefit of the CITY OF UNALAKLEET, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 2:06-CV-00001 JWS ) |
| OHIO CASUALTY INSURANCE CO. (Bond No. 3-600-317), | ) ) ) ) |
| Defendant. | ) ) ) |

**UNOPPOSED MOTION BY DEFENDANT FOR EXTENSION OF TIME
TO FILE ANSWER TO COMPLAINT**

Defendant Ohio Casualty Insurance Co. ("Ohio Casualty") hereby moves for an additional thirty (30) day extension of time to file an answer to the City of Unalakleet's ("City") complaint.

Unopposed Motion by Defendant for Extension of Time to File Answer to Complaint
*United States for the Use and Benefit of the City of Unalakleet v. Ohio Casualty Insurance Co.*, No. 2:06-CV-00001 JWS
Page No. 1 of 2

Counsel for the City has notified counsel for Ohio Casualty that the City does not oppose the motion.

RESPECTFULLY SUBMITTED at Anchorage, Alaska, this 6TH day of April, 2006.

>TURNER & MEDE, P.C.
>Counsel for Defendant, Ohio Casualty Insurance Co.
>
>s/ Natalie A. Cale
>Turner & Mede, P.C.
>1500 W. 33rd Avenue, Suite 200
>Anchorage, AK  99503-3502
>Phone:  907-276-3963
>Fax:  907-277-3695
>E-Mail: ncale@turnermede.com
>Alaska Bar No. 0006037

Certificate of Service

This is to certify that on this 6TH day of April, 2006, a copy of the foregoing was served electronically on:

>Bruce A. Moore, Esq.
>Adolf V. Zeman, Jr.

/s Natalie A. Cale

Unopposed Motion by Defendant for Extension of Time to File Answer to Complaint
*United States for the Use and Benefit of the City of Unalakleet v. Ohio Casualty Insurance Co.*, No. 2:06-CV-00001 JWS
Page No. 2 of 2