TURNER & MEDE, P.C.
Terrance A. Turner
Natalie A. Cale
Counsel for Defendant
  Ohio Casualty Insurance Co.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com
       ncale@turnermede.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT NOME

| | |
|---|---|
| UNITED STATES for the Use and Benefit of the CITY OF UNALAKLEET,<br><br>        Plaintiff,<br><br>     vs.<br><br>OHIO CASUALTY INSURANCE CO. (Bond No. 3-600-317),<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 2:06-CV-00001 JWS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION BY DEFENDANT FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**

Proposed Order Granting Unopposed Motion by Defendant for Extension of Time to File Answer to Complaint
*United States for the Use and Benefit of the City of Unalakleet v. Ohio Casualty Insurance Co.*, No. 2:06-CV-00001 JWS
Page No. 1 of 2

Upon consideration of the unopposed motion by defendant Ohio Casualty Insurance Co. ("Ohio Casualty") for an extension of time from April 12, 2006 to May 12, 2006 to file an answer to the complaint in this case,

IT IS HEREBY ORDERED:

1.   that Ohio Casualty's motion shall be, and hereby is, GRANTED; and

2.   that the time for Ohio Casualty to answer the City's complaint shall be, and hereby is, extended from April 12, 2006 to May 12, 2006.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
United States District Judge


Certificate of Service

This is to certify that on this 6th day of
April, 2006, a copy of the foregoing was served
electronically on:

    Bruce A. Moore, Esq.
    Adolf V. Zeman, Jr.

/s Natalie A. Cale

Proposed Order Granting Unopposed Motion by Defendant for Extension of Time to File Answer to Complaint
*United States for the Use and Benefit of the City of Unalakleet v. Ohio Casualty Insurance Co.*, No. 2:06-CV-00001 JWS
Page No. 2 of 2