Bruce A. Moore, Esq.
Adolf V. Zeman, Esq.
DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231
E-Mail:  bmoore@dmgz.com
         azeman@dmgz.com

Attorneys for City of Unalakleet

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT NOME

| | |
|---|---|
| UNITED STATES for the Use and Benefit of the CITY OF UNALAKLEET, <br><br>Plaintiff, <br><br>v. <br><br>OHIO CASUALTY INSURANCE CO. (Bond No. 3-600-317) <br><br>Defendant. | Case No. 2:06-CV-00001 JWS |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, City of Unalakleet, and Defendant, Ohio Casualty Insurance Company, by and through their respective attorneys, hereby stipulate and agree to a dismissal of all claims asserted by and between the parties, with prejudice, each side to bear their own costs and attorney's fees.

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033

(907) 279-9574

Doc. No. 103128 – Stipulation for Dismissal with Prejudice
City of Unalakleet v. Ohio Casualty Ins. Co.; Case No. 2:06-CV-00001 JWS
Page 1 of 2

DATED this 5th day of June, 2006, at Anchorage, Alaska.

        DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
        Attorneys for City of Unalakleet

By: /s/ Bruce A. Moore
    Bruce A. Moore
    Bar No. 8611124
    DeLisio Moran Geraghty & Zobel, P.C.
    943 W. 6th Avenue
    Anchorage, AK 99501
    Phone: (907) 279-9574
    Fax: (907) 276-4231
    E-mail: bmoore@dmgz.com

By: /s/ Adolf V. Zeman
    Adolf V. Zeman
    Bar No. 0411082
    E-mail: azeman@dmgz.com

TURNER & MEDE, P.C.
Attorneys for Ohio Casualty Insurance

By: /s/ Natalie Cale
    Natalie Cale
    Bar No. 0006037
    Turner & Mede, P.C.
    1500 West 33rd Avenue, Suite 200
    Anchorage, Alaska  99503-3502
    Phone: (907) 276-3963
    Fax: (907) 277-3695
    Email: ncale@turnermede.com

This is to certify that a true
copy of the foregoing was served
this 5th day of June, 2006
on the following:

Terrance A. Turner
Natalie A. Cale
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502

By: /s/ Linda Fletcher
    Linda Fletcher

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

Doc. No. 103128 – Stipulation for Dismissal with Prejudice
City of Unalakleet v. Ohio Casualty Ins. Co.; Case No. 2:06-CV-00001 JWS
Page 2 of 2