Bruce A. Moore, Esq.
Adolf V. Zeman, Esq.
DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
943 West 6th Avenue
Anchorage, Alaska 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231
E-Mail:   bmoore@dmgz.com
          azeman@dmgz.com

Attorneys for City of Unalakleet

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT NOME

| | |
|---|---|
| UNITED STATES for the Use and Benefit of the CITY OF UNALAKLEET,<br><br>    Plaintiff,<br><br>v.<br><br>OHIO CASUALTY INSURANCE CO. (Bond No. 3-600-317)<br><br>    Defendant. | Case No. 2:06-CV-00001 JWS |

**ORDER FOR DISMISSAL WITH PREJUDICE**

Having reviewed the Stipulation for Dismissal submitted by the parties, this Court **HEREBY ORDERS** the case dismissed with prejudice, each side to bear their own costs and attorney's fees.

Dated: June 7, 2006                          /s/
                                The Honorable John W. Sedwick
                                United States District Court Judge

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____
(907) 279-9574

Doc. No. 103200 – Order for Dismissal with Prejudice
City of Unalakleet v. Ohio Casualty Ins. Co.; Case No. 2:06-CV-00001 JWS
Page 1 of 1