UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES for the Use
and Benefit of the
CITY OF UNALAKLEET,
     Plaintiff,

v.

OHIO CASUALTY INSURANCE CO.
(Bond No. 3-600-317),
     Defendant.

Case Number 2:06-cv-00001 JWS

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the case is dismissed with prejudice, each side to bear their own costs and attorneys fees.

APPROVED:

REDACTED SIGNATURE
_____
JOHN W. SEDWICK
United States District Judge

_June 8, 2006_
_____
Date:

NOTE: *Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

IDA ROMACK
_____
Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}